IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Carmen Calvanese<br>      Petitioner,<br>v.<br>Pa. State Attorney General, et al.,<br>      Respondents. | CIVIL ACTION<br><br>No. 12-2877 |

## ORDER

AND NOW, this 23rd day of September, 2013, upon careful and independent consideration of the Revised Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 5), and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. 21), as well as all supporting documentation, and finding no objections[1] thereto, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The Petition for a Writ for Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**;

3. There is no basis upon which to issue a certificate of appealability.

**BY THE COURT:**

_____
Hon. Petrese B. Tucker, C.J.

---

[1] The Court notes Petitioner Calvanese is well aware of the process for submitting objections to the report and recommendation of a magistrate judge. Calvanese previously filed objections to the Report and Recommendation of Magistrate Judge Martin C. Carlson, recommending transfer of his case, with the Middle District of Pennsylvania.. (Doc. 1 at 1; see also 3:12-cv-00435 (M.D. Pa.) at Doc. 10.) It is therefore noteworthy that Petitioner filed no objections to Magistrate Judge Hart's Report and Recommendation to deny his Petition for a Writ of Habeas Corpus in its entirety.